Case: 1:25-cr-00653 Document #: 1 Filed: 10/07/25 Page 1 of 6 PageID #:1



FILED
10/7/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:25-cr-00653 |
| | ) No. | Judge Lindsay C. Jenkins |
| v. | ) | Magistrate Judge Daniel P. McLaughlin |
| | ) | RANDOM / Cat. 3 |
| | ) | Violations: Title 18, United States |
| FREDRICK WHITE | ) | Sections 1001(a)(2) and 1343 |
| | ) | |
| | ) | |

**COUNT ONE**

The SPECIAL MAY 2024 GRAND JURY charges:

1. At times material to this Indictment:

    a. The United States Department of Housing and Urban Development ("HUD") was an executive department of the United States government, which administered housing assistance. HUD administered housing assistance through, among other things, funding and regulating state and local entities known as public housing agencies (PHAs), which administered the housing assistance programs.

    b. The Chicago Housing Authority (CHA) was the PHA in Chicago, Illinois, charged with administering HUD housing assistance in the Chicago area. The CHA performed this function in several ways, including The Housing Choice Voucher Program (also known as the "HCV Program" or "Section 8"), in which HUD funds vouchers for eligible individuals to pay or reduce the rent for a private property, and the CHA pays the private landlord the amount of the voucher.

c. To participate in the HCV Program, an applicant had to fill out and sign an application for eligibility, which required that the applicant disclose and certify economic eligibility, and once an applicant was approved for housing assistance, the applicant became a recipient and was required to recertify eligibility approximately every two years by completing an Application for Continued Eligibility ("ACE"). Information about the applicant's income was material to the CHA's determination of an applicant's eligibility to participate in the HCV Program.

d. The CHA also administered a HCV program for disabled veterans, funded by HUD in conjunction with the Department of Veterans Affairs ("VA"), known as the Veterans Affairs Supportive Housing ("VASH") Program. The VASH Program required that a disabled participant recertify approximately every three years, by, among other things, completing, signing and submitting an ACE.

i. The ACE required recipients to disclose all of their income, to certify that the information provided was accurate and complete to the best of their knowledge, and to acknowledge that false statements or information are punishable under federal law.

ii. The ACE further required a recipient to check a box identifying if they are disabled, and to participate in the VASH Program, a recipient was required to be disabled. If the recipient qualified as disabled, they were eligible for additional housing credits and allowances.

iii. The ACE warned recipients that Title 18, United States Code, Section 1001, states that a person who knowingly and willfully makes false and

fraudulent statements to any department or employee of the United States, HUD, a Public Housing Authority or Property Owner may be subject to penalties that include fines and/or imprisonment.

   e. Defendant FREDRICK WHITE was a participant in the CHA VASH Program as a disabled veteran and received a voucher for monthly rental assistance and other periodic credits, funded by HUD and the VA, from on or about December 4, 2014 and continuing until on or about March 1, 2023, requiring recertification approximately every three years. At each recertification, WHITE completed an ACE certifying that White was a disabled veteran and that his only income consisted of his Veteran's benefits.

   h. Between on or about January 16, 2018, and continuing to WHITE's termination from the CHA VASH Program, WHITE was employed full-time as a Chicago Police Officer with the City of Chicago, receiving income in the form of a salary plus payments for overtime work, and periodically received additional income from security work during that period.

  2. Beginning in or around August 2019, and continuing through in or around March 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDRICK WHITE,

defendant herein, knowingly devised, intended to devise, and participated in a scheme to defraud, and to obtain money and funds owned by and under the custody

and control of, HUD and the CHA, by means of materially false and fraudulent pretenses, representations and promises, as further described below.

3. It was part of the scheme that during WHITE's during his participation in the VASH program, he never disclosed his income from the City of Chicago or from any security work to the CHA.

4. It was further part of the scheme that WHITE signed and submitted to the CHA ACEs for recertification for housing assistance eligibility which purported to list all of his income, but in which he knowingly failed to report his income from the City of Chicago.

5. It was further part of the scheme that defendant misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, the existence of the scheme, the purpose of the scheme, and acts done in furtherance of the scheme.

6. On or about February 2, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDRICK WHITE,

defendant herein, for the purpose of executing the above-described scheme, knowingly caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an interstate wire transmission from CHA to HUD a report of defendant's Application For Continued Eligibility, dated January 12, 2023, falsely stating that he had no wages, salaries or overtime payments from employment;

In violation of Title 18, United States Code, Section 1343.

## COUNT TWO

The Special May 2024 Grand Jury further charges:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On or about January 12, 2023 at Chicago, in the Northern District of Illinois, Eastern Division,

FREDRICK WHITE,

defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, when he stated in substance that the last day he worked for the City of Chicago was January 15, 2022;

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY